# Third District Court of Appeal

## State of Florida

Opinion filed May 29, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2343
Lower Tribunal No. F05-31681A
_____


**Manuel Balbin,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Eric J. Cvelbar, for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.


Before LOGUE, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed. See Savage v. State, 120 So. 3d 619, 623 (Fla. 2d DCA 2013) ("While . . . we review the trial court's finding of a willful and substantial

violation for competent substantial evidence, our standard of review for the trial court's decision to revoke probation is abuse of discretion. If reasonable [persons] could differ as to the propriety of the action taken by the trial court, then the action is not unreasonable and there can be no finding of an abuse of discretion. In other words, we will not disturb the decision unless no reasonable person could have decided as the trial court did.") (internal citations omitted).